# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Pamela Drain, individually and as mother and guardian of R.D., a minor under the age of fourteen
*Plaintiff*
v.

South Carolina Department of Education
*Defendant*

Civil Action No. 5:18-03267-JMC

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: because there are no federal questions remaining, the court lacks subject matter jurisdiction over the case and dismisses the remainder of the case without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs United States District Judge presiding.  The Court having granted the plaintiff's oral motion to amend the complaint so as to remove allegations.

Date: September 17, 2019

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*